UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSIAH CAYENNE,** | : | CIV NO. 3:23-CV-1543 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **TOBYHANNA TOWNSHIP, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 5th day of August 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that Defendant Morrell's motion to dismiss, (Doc. 22), is GRANTED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge