# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSIAH CAYENNE,** | : | CIV NO. 3:23-CV-1543 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **TOBYHANNA TOWNSHIP, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 5th day of August 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that Defendant Tobyhanna and Coolbaugh Townships' motion to dismiss, (Doc. 23), is GRANTED.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge