UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSIAH CAYENNE,** | : | CIV NO. 3:23-CV-1543 |
| **Plaintiff,** | : | |
| v. | : | (Magistrate Judge Carlson) |
| **TOBYHANNA TOWNSHIP, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 6th day of August 2024, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED that Defendants Bohrman's and Wagner's motions to dismiss this claim, (Docs. 20, 25), are GRANTED, in part, and DENIED in part, as follows:

First, Defendant Wagner's motion to dismiss is GRANTED.

Second, Defendant Bohrman's motion to dismiss is GRANTED with respect to Cayenne's intentional infliction of emotional distress claim but DENIED in all other respects. However, IT IS ORDERED that Cayenne submit a more definite statement of his remaining claims against Detective Bohrman within 30 days.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge