# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIAH CAYENNE,<br><br>    Plaintiff,<br><br>v.<br><br>DETECTIVE JOHN BOHRMAN,<br><br>    Defendant. | CIVIL NO. 3:23-CV-01543<br><br>(LATELLA, M.J.) |

## ORDER

**AND NOW**, this 30th day of September, 2025, for the reasons set forth in the accompanying Memorandum Opinion of this date, **IT IS HEREBY ORDERED THAT**:

1) Defendant Detective John Bohrman's Motion for Summary Judgment (Doc. 55) is **GRANTED;**

2) Judgment is entered in favor of the Defendant and against the Plaintiff;

3) The clerk is DIRECTED to **CLOSE** this case.

*s/ Leo A. Latella*
**LEO A. LATELLA**
**United States Magistrate Judge**
